UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL ARVISO,<br><br>    Petitioner,<br><br>    v.<br><br>JEANNE WOODFORD,<br><br>    Respondent. | 1:06-CV-1586 AWI NEW (DLB) HC<br><br>ORDER GRANTING EXTENSION OF TIME<br>(DOCUMENT #7, 11) |

    Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On February 9, 2007 and March 13, 2007, respondent filed requests/ motions to extend time to file a response to petitioner's application for writ of habeas corpus. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Respondent is granted thirty days from the date of service of this order in which to file a response.

    IT IS SO ORDERED.

**Dated:   March 14, 2007**             **/s/ Dennis L. Beck**
23ehd0             UNITED STATES MAGISTRATE JUDGE