UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL ARVISO,<br><br>      Petitioner,<br><br>   v.<br><br>JEANNE WOODFORD,<br><br>      Respondent. | 1:06-cv-1586 AWI NEW (DLB) HC<br><br>ORDER GRANTING EXTENSION OF<br>TIME TO FILE TRAVERSE<br><br>CLERK'S OFFICE DIRECTED TO MAIL<br>COPY OF PETITION TO PETITIONER<br><br>(DOCUMENT #16) |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On July 2, 2007, petitioner filed a motion to extend time to file a traverse to the petition for writ of habeas corpus.  In addition, petitioner requested a copy of his petition which was originally filed October 26, 2006,  in the Central District of California, and transferred to this court on November 7, 2006. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

   Petitioner is granted thirty days from the date of service of this order in which to file his traverse. The Clerk's Office is directed to mail petitioner a copy of the 10-page petition filed on October 26, 2006.

   IT IS SO ORDERED.

   Dated:   **September 5, 2007**            **/s/ Dennis L. Beck**
                                                            UNITED STATES MAGISTRATE JUDGE