IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL ARVISO, | 1:06-cv-01586 AWI-GSA (HC) |
| Petitioner, | ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME |
| vs. | TO FILE TRAVERSE |
| JEANNE WOODFORD, | (DOCUMENT #19, #22) |
| Respondent. | (30) THIRTY DAY DEADLINE |
| _____/ | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On October 15, 2007 and December 4, 2007, petitioner filed motions to extend time to file a Traverse.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file a Traverse.


   IT IS SO ORDERED.

 **Dated:    January 10, 2008**            _____ /s/ **Gary S. Austin** _____
                                    UNITED STATES MAGISTRATE JUDGE