# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| MANUEL ARVISO,<br><br>　　　　　　　Petitioner,<br>　vs.<br><br>MATTHEW CATE, Secretary,<br><br>　　　　　　　Respondent. | Civil No. 1:06-1586 MLH (WMc)<br><br>**ORDER DENYING FOR CERTIFICATE OF APPEALABILITY** |

The Court has denied Petitioner's writ of habeas corpus. The Court has sua sponte considered whether a certificate of appealability should issue. A certificate of appealability is authorized "if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006). For the same reasons set forth in this Court's Order denying the petition, the Court finds Arviso cannot demonstrate that reasonable jurists would find this Court's denial of his petition debatable. *See Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003); *see also Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Therefore, the Court **DENIES** a certificate of appealability.

**IT IS SO ORDERED**.

DATED: June 26, 2009

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Marilyn L. Huff
　　　　　　　　　　　　　　　　　　　United States District Judge